FILED ___ LODGED
___ RECEIVED ___ COPY

OCT 2 2 2014

CLERK U S DISTRICT COURT
DISTRICT OF ARIZONA
BY_____ DEPUTY

Justin Sloan Medved
2012 W. Dunlap Ave. Rm. 171
Phoenix, Arizona 85021
Phone:(602)944-7828 Ext. 171
Email:medvedjustin@yahoo.com

# In The United States District Court
## In The District of Arizona
## Phoenix Division

Justin Sloan Medved

    Plaintiff,

v.

Arc Entertainment, LLC;
Sony Pictures Releasing, Inc.;
Entertainment One Ltd.;
Kandor Graphics S.L.;
Aliwood Mediterráneo Producciones S.L.

    Defendant,

CV-14-02336-PHX-BSB

**Case No.** _____

**THE COMPLAINT OF JUSTIN SLOAN MEDVED BROUGHT FOR THE PURPOSE OF SEEKING MONETARY REMEDY UNDER THE CLAIMS OF CIVIL CONPSIRACY; APPROPRIATION OF JUSTIN SLOAN MEDVED'S NAME AND DISTORTION OF HIS LIKENESS, IN A LIKENESS BENEFICIAL TO THAT OF MICHAEL PATRICK MEDVED AND HIS LEGION OF CONSPIRATORS AGAINST JUSTIN SLOAN MEDVED AND THEIR FALSE PORTRAYALS OF THE PLAINTIFF AND SUCH BENEFIT THAT THEY RECEIVE FROM THE FALSE PORTRAYAL'S OF THE PLAINTIFF IN *JUSTIN AND THE KNIGHTS OF VALOUR* TORT 652 § C, UPON WHICH THE SUBJECT MATTER OF EACH VIOLATORS CASE AND POTENTIAL CASE**

SHARES RELEVANCE; INTENTIONAL INFLICTION OF EMOTIONAL DISTRESS; NEGLIGENT INFLICTION OF EMOTIONAL DISTRESS; AND FRAUD.

## I. JURISDICTION

1. Justin Sloan Medved brings this action for compensatory damages and punitive damages along with the costs and disbursements of this action pursuant to 42 U.S.C § 1988, and Rule 9(b) of the Federal Rules of Civil Procedure under which the pleadings shall be taken for the violation of his civil rights as is secured by the said statutes and Constitutions of the United States.

2. Justin Sloan Medved brings this complaint under federal diversity jurisdiction, 28 U.S. Code § 1332, as the parties are completely diverse in citizen by State and Country and the amount in controversy exceeds the amount of $75,000.00, this court has jurisdiction over this action pursuant to 28 U.S.C § 1331 (federal-question jurisdiction) and 28 U.S.C § 1343 (civil rights and elective franchise jurisdiction).

3. Venue is proper pursuant to 28 U.S.C § 1391(d) by which personal jurisdiction can be exerted over alien defendants who have transacted business with Arc Entertainment, LLC.[1], Sony Pictures Releasing, Inc.[2], and Entertainment One Ltd.[3] who along with Aliwood Mediterráneo Producciones[4] reside and transacts business within the Federal Jurisdiction of the United States and as such shares the same protection and privileges granted by the jurisdiction of the United States through each entities appropriate division in the United States and the amount in sales *Justin and the Knights of Valour* accumulated in the United States and as each alien involved in *Justin and the Knights of*

---

[1] Arc Entertainment, LLC. privileged in the Central District of California, Los Angeles Division
[2] Sony Pictures Releasing, Inc. privileged in the Central District of California, Los Angeles Division but operated in this action through its associated division in Spain
[3] Entertainment One Ltd. Has a division privileged in the Central District of Tennessee, Nashville Division but operated in this action through its associated division in the United Kingdom and the Netherlands
[4] Aliwood Mediterráneo Producciones privileged in the Southern District of Florida, Miami Division

*Valour* benefited from business transacted in the United States by which valid service of process can be obtained pursuant to Arizona's Long Arm Statue. *Ariz. R. Civ. P. 4.2*

4. Venue is also proper pursuant to 18 U.S.C § 1965(a),(b), (c), and (d) as each alien entity has contacts and transacts it's affairs in the Southern District of Florida, Miami Division, Central District of Tennessee, Nashville Division, and the Central District of California, Los Angeles Division and by the Arizona Long Arm Statue service of process can be valid, made to each entities appropriate contact in the United States responsible for the damage Justin Sloan Medved has suffered and is suffering pursuant to 15 U.S.C § 22 and for each conspirator who benefited from the damage inflicted on Justin Sloan Medved or witness thereto, who may be found in the District of Arizona, the Northern and Southern Districts of Ohio, Eastern and Western Districts of Michigan, the Northern, Southern, Western, and Eastern districts of Texas, the District of Nebraska, the Northern and Southern Districts of Iowa, the District of Montana, and the Eastern, Middle, and Western Districts of Louisiana, and any other District that comes to subject, by which a subpoena for each person's testimony may be required to present further evidence before the Court.

## II.    PARTIES

5. **Plaintiff** Justin Sloan Medved is a resident of 2012 W. Dunlap Ave. Phoenix, Arizona 85021. Hereafter **Plaintiff** Justin Sloan Medved is referred to as **plaintiff**.

6. **Defendant** Arc Entertainment, LLC. is a limited liability company which is defined as "a flexible form of enterprise that blends elements of partnership and corporate structures. An LLC is not a corporation; it is a legal form of company that provides limited liability to its owners in the vast majority of United States jurisdictions." and operated as the main distributor of DVD and Blu-Ray in the United States for the film *Justin and the Knights*

*of Valour* and by which valid service of process can be made in the Central District of California, Las Angeles Division at **3212 Nebraska Ave.** Santa Monica, CA 90404 pursuant to Arizona's Long Arm Statue. *Ariz. R. Civ. P. 4.2;* Hereafter **Defendant** Arc Entertainment, LLC. is referred to as **Arc**.

7. **Defendant** Sony Pictures Releasing, Inc. is an Incorporation which is defined as **"The process of legally declaring a corporate entity as separate from its owners."** for which Sony Pictures Releasing, Inc. is the entertainment subsidiary of multinational technology and media conglomerate Sony Corporation. Although Sony Pictures Releasing Inc. operated as a theatrical distributor of *Justin and the Knights of Valour* in this action through its division in Spain, valid service of process may be obtained through the Sony Pictures Releasing Inc. division in the Central District of California, Los Angeles Division by the Sony Corporation's international benefit from the film and its relevance to plaintiff's suffering in relation to the amount of business that is conducted in the United States by such a prestigious company as the Sony Corporation and the message Sony is sending to the American community by participating with such a film as they are and its relevance to plaintiff's suffering. Valid service of process may be obtained at 10202 West Washington Blvd., Culver City, California, United States 90232 as specified under 15 U.S.C § 22 which states **"Any suit, action, or proceeding under the antitrust laws against a corporation may be brought not only in the judicial district whereof it is an inhabitant, but also in any district wherein it may be found or transacts business; and all process in such cases may be served in the district of which it is an inhabitant,**

1     **or wherever it may be found.**" pursuant to Arizona's Long Arm Statue. *Ariz. R.*

2     *Civ. P. 4.2*; Hereafter **Defendant** Sony Pictures Releasing Inc. is referred to as **Sony**.

3    8. **Defendant** Entertainment One Ltd. is a limited company which is defined as a

4     "**company in which the liability of members or subscribers of the**

5     **company is limited to what they have invested or guaranteed to the**

6     **company. Limited companies may be limited by shares or by**

7     **guarantee. The former may be further divided into public companies**

8     **and private companies.**" and operated in this action as a Blu-Ray and DVD

9     distributor of *Justin and the Knights of Valour* through its UK division in London,

10    England and Dutch Division in the Netherlands though valid service of process may be

11    made through its division located in the Central District of Tennessee, Nashville Division

12    by Entertainment One Ltd. international benefit from the film and its relevance to

13    plaintiff's suffering in relation to the amount of business that is conducted in the United

14    States by such a prestigious company as Entertainment One Ltd. and the message

15    Entertainment One Ltd. is sending to the American community by participating with such

16    a film as they are and its relevance to plaintiff's suffering. Valid service of process may

17    be made at 109 West Park Dr., Suite 360 Brentwood, Tennessee United States of

18    America 37027 under 15 U.S.C § 22 pursuant to Arizona's Long Arm Statue. *Ariz. R.*

19    *Civ. P. 4.2*; Hereafter **Defendant** Entertainment One Ltd. is referred to as **eOne**.

20   9. **Defendant** Kandor Graphics S.L. is a Sociedad Limitada (S.L.) or limited company

21    which is defined as "**a type of business entity in which the liability is**

22    **limited to the capital contributed, and therefore, in the case of debts to**

1    **be contracted, not answered with personal assets of the partners.**" and

2    operated in this action as production company for the film *Justin and the Knights of*

3    *Valour* and by which valid service of process can be made at Parque Tecnológico

4    Ciencias de la Salud (Nave 9), Edificio BIC Avenida Innovación s/n,  18016 Armilla

5    (Granada) Spain pursuant to 28 U.S.C. § 1391(d) and by which personal jurisdiction can

6    be exerted through Kandor Graphics S.L. association with Sony and eOne by the amount

7    of transactions achieved in the United States through the distributors of *Justin and the*

8    *Knights of Valour* pursuant to pursuant to Arizona's Long Arm Statue. *Ariz. R. Civ. P.*

9    *4.2*; Hereafter **Defendant** Kandor Graphics S.L. is referred to as **KG**.

10   10. **Defendant** Aliwood Mediterráneo Producciones S.L. is a Sociedad Limitada (S.L.) or

11    limited company which is defined as "**a type of business entity in which the**

12    **liability is limited to the capital contributed, and therefore, in the case**

13    **of debts to be contracted, not answered with personal assets of the**

14    **partners.**" and operated in this action as production company for the film *Justin and*

15    *the Knights of Valour* by which valid service of process can be obtained under 15 U.S.C §

16    22 at 16300 NE 19th Avenue, Suite A, North Miami Beach, Florida 33162 22 pursuant to

17    Arizona's Long Arm Statue. *Ariz. R. Civ. P. 4.2*; Hereafter **Defendant** Aliwood

18    Mediterráneo Producciones S.L. is referred to as **AMP**.

19            **III.  STATEMENT OF CLAIM**

20   11. Comes now the plaintiff, pro se, and petitions the Courts for a monetary remedy for the

21    suffering plaintiff has endured on behalf of the defendants aggressive plight to

22    appropriate plaintiff's name and distort his likeness in a likeness beneficial to Michael

23    Patrick Medved and his many conspirators against plaintiff that he has gained by which

the subject matter of the claims made by plaintiff in case numbers 2:2014-cv-02242, 2:2014-cv-02191, and 2:2014-cv-02075 share relevance to this case through the defamation plaintiff is suffering in each case and how the aforesaid defendants in this case are catalyzing the false and defamatory claims made against plaintiff in the aforesaid case numbers through the appropriation of his name and the story the aforesaid defendants have built around plaintiff's defamation with the film *Justin and the Knights of Valour* for the purpose of using the prestige of each appropriate entity and its community standing in the United States and the ethnicity of the aliens companies in question who produced the film to add additional damages to plaintiff's suffering in the illegal campaign against plaintiff Michael Patrick Medved began so long ago that he is in the process of mending. The claims for relief shall be taken under Civil Conspiracy, Intentional Infliction of Emotional Distress, Negligent Infliction of Emotional Distress, a claim under Tort 652 C concerning the appropriation of plaintiff's name and how it was used against him to cause him further suffering in addition to the suffering described in the aforesaid relevant cases,[5] and fraud to the extent that the aforesaid defendants attempt to deny such justifiable claims and evidence brought against them and to the extent that they violated their place in the community as entertainers and instead served as a vindictive catalyst to one of the nastiest defamation cases in the history of America, for such a reason some pleadings may be brought under Rule 9(b) of the Federal Rules of Civil Procedure to the extent plaintiff needs to explain elaborate relevance to the subject matter in cases numbers 2:2014-cv-02242, 2:2014-cv-02191, and 2:2014-cv-02075 and the damage

---

[5] 2:2014-cv-02242, 2:2014-cv-02191, and 2:2014-cv-02075

1  he is suffering that is being catalyzed by the aforesaid defendants through the film *Justin*
2  *and the Knights of Valour*.

IV.   **PLEADINGS**

A.  **STATEMENT OF FACTS**

12. The film *Justin and the Knights of Valour* is in short about a teen named Justin who has
    red hair and blue eyes and expresses the preference of becoming a knight rather than a
    lawyer like his father, and upon such preference acts accordingly and sets out on a quest
    to become a knight and search for his grandfather's sword.

13. Plaintiff shares the same name as the main character in *Justin and the Knights of Valour*
    along with the same physical features as red hair and blue eyes.

14. Plaintiff had always expressed publicly about his intention to become a lawyer until he
    moved from Nebraska to Arizona, where his family became out of control with depriving
    him and mistreating him which was done to put lawyers on a pedestal they did not
    deserve for being an attorney for the purpose of earning the legal services of Mike Beethe
    and gaining other attorney's and contacts in Arizona in their service.[6]

15. Arc, the film's distributor in the United States, has the address of 3212 Nebraska Ave.
    Santa Monica, CA 90404.

16. One of the false claims made against plaintiff by Michael Patrick Medved and Laura
    Medved was that to the nature of that plaintiff was scaring people by wearing to much
    sunscreen, and while Michael Patrick Medved has been revolving the treatment of

---

[6] Please see complaint in case number 2:2014-cv-02242 which could not be submitted as an exhibit of evidence
with this complaint because of the cost of printing ink.

plaintiff around people like Heath Ledger since the release of the film *The Dark Knight* and controlling him through a cheated game of monopoly in real life, such claims were done to falsely portray plaintiff as a confused movie junky who was wearing sunscreen to make him appear in the likeness of Heath Ledger's character from *The Dark Knight*.

17. In the film *Justin and the Knights of Valour*, the main character, Justin, sets a goal to find his grandfather's sword, which he eventually finds had been stolen by the films main antagonist.

18. Plaintiff's grandfather, Walter Sprout, had a conversation with plaintiff shortly before he died and told plaintiff that he wanted plaintiff to have his gun when he died, which was a rifle from the 1920's era.

19. After Walter Sprout died Plaintiff's mother and Walter Spout's daughter, Laura Medved, kept plaintiff's grandfathers gun for her own use and as a remnant of her late father which was used as a tool against plaintiff to inflict distress upon plaintiff in various different ways relevant to Michael Patrick Medved's illegal campaign against plaintiff.

20. The actor employed to play Justin in *Justin and the Knights of Valour* is Freddie Highmore, who is also known for playing Charlie in *Charlie and the Chocoalate Factory*.

21. Plaintiff is currently being defamed by the Phoenix Police and each defendant mentioned in case numbers 2:2014-cv-02242, 2:2014-cv-02191, and 2:2014-cv-02075 where he is being portrayed as a washed up druggy who was in actuality falsely imprisoned and during which was robbed by Michael Patrick Medved and the Phoenix Police of $330,000.00 worth of personal property which Michael Patrick Medved and the Phoenix Police publicly and falsely blamed on a character that would further defame plaintiff

1    from the slandering false petition that resulted in plaintiff's false imprisonment which

2    they claimed was plaintiff's "drug dealer".

3    22. The film *Justin and the Knights of Valour* also stars Antonio Banderas, who is a citizen

4    of Spain, and is most famous for playing the voice of the character Puss in Boots who is

5    the male Hispanic red-haired cat or pussy from the *Shrek* film series.

6    23. The film's main production companies all have headquarters based in Spain.

7    24. Plaintiff has been notoriously been deprived for the sake of Hispanic people by Michael

8    Patrick Medved and his many conspirators against plaintiff, which began when Michael

9    Patrick Medved had a Spanish exchange student, Ricardo Hernandez, live with him and

10   his family along with plaintiff who Michael Patrick Medved abused against plaintiff for

11   the sake of his own gain. The second exchange student Michael Patrick Medved housed

12   with him and his family along with plaintiff was from Chile, Jaime Saez, who Michael

13   Patrick Medved used to deprive plaintiff for being a redhead which was fueled by the

14   history of American politics that began with Thomas Jefferson's appointment of Aaron

15   Burr as his first Vice President and then later on Calvin Coolidge, the 30th president of

16   the United States. During Jaime Saez's stay Michael Patrick Medved ruined plaintiff's

17   community standing relevant to plaintiff's soccer career and opened up an indoor soccer

18   center that portrayed plaintiff as a pushover and a tool who should be taken advantage of

19   because he had it to good from the fortune Michael Patrick Medved always boasted about

20   and because of his hair color in relevance for the sake of the Hispanic nation in America.[7]

21   25. Plaintiff has also dealt with a rogue judge, Judge G. Murray Snow, who dismissed a case

22   filed by plaintiff who was filing a complaint for the purpose of seeking a remedy for the

---

[7] Please see complaint in case number 2:2014-cv-02242

extreme damage Michael Patrick Medved had caused plaintiff. Judge Snow dismissed
plaintiff's complaint based on a false jurisdiction. Judge Snow is also the Judge who
imposed sanctions against Sheriff Joe Arpaio for allegedly racially profiling Hispanics
after the Obama administration filed a complaint against Sheriff Arpaio.[8]

## B. Argument

26. Plaintiff repeats, reiterates, and realleges each and every allegation contained in
paragraphs "1" through "25" with the same force and effect as if fully set forth herein.

27. The film *Justin and the Knights of Valour* directly targets plaintiff for the purpose of
catalyzing further suffering and damage he is already experiencing which were the causes
of case numbers 2:2014-cv-02242, 2:2014-cv-02191, and 2:2014-cv-02075 as proven in
the above section in this complaint labeled *Statement of Facts*.

28. The producers and distributors of *Justin and the Knights of Valour* are portraying to the
community through such many references to plaintiff's life in the film which it was
seemingly built around and the appropriation of his likeness and it's distortion in relation
to such infamous damage and suffering as he is experiencing, that in order to portray
Justin all you need to do is get high more, further adding to and catalyzing the unfair
damage and suffering Michael Patrick Medved and the Phoenix Police along with a large
group of others have unjustifiably inflicted upon plaintiff through defamation.

## V.    Jury Demanded

29. Pursuant to Federal Rule of the Civil Procedure 38, plaintiff demands a jury on any issue
so triable by right of a jury.

---

[8] Please see complaint in case number 2:2014-cv-02191

## VI.   FIRST CLAIM FOR RELIEF
## CONSPIRACY TO VIOLATE PLAINTIFF'S CIVIL RIGHTS

30. Plaintiff repeats, reiterates, and realleges each and every allegation contained in paragraphs "1" through "29" with the same force and effect as if fully set forth herein.

31. Defendants have conspired and acted to further violate plaintiff as a well-publicized and epically influential addition to the illegal campaign of Michael Patrick Medved against plaintiff.

32. The aforesaid conduct of the defendants operated with the capacity and power of each prestigious entities community standing to deprive plaintiff of important well established rights under the Constitution and the laws of the United States in relation to the claims taken against Michael Patrick Medved for the damage plaintiff has suffered and to cause further suffering as a catalyst to infliction.

## VII.   SECOND CLAIM FOR RELIEF
## INTENTIONAL INFLICTION OF EMOTIONAL DISTRESS

33. Plaintiff repeats, reiterates, and realleges each and every allegation contained in paragraphs "1" through "32" with the same force and effect as if fully set forth herein.

34. The aforementioned was extreme and outrageous, and exceeded all reasonable bounds of decency.

35. The aforementioned conduct was intentional and done on purpose and done for the sole purpose of causing plaintiff severe emotional distress by the deprivation to which he is suffering through unfairness by the capacity of each entities community standing and the message they are sending to the community through the appropriation of plaintiff's likeness and distortion relevant to such infamous damage and suffering as he is experiencing.

36. As a result of the foregoing, plaintiff was denied fundamental rights, he was publicly embarrassed, defamed of true character, humiliated, he was caused to suffer severe emotional distress, and was forced to incur substantial loss of opportunity and monetary losses through the loss of opportunity.

## VIII.   THIRD CLAIM FOR RELIEF
## NEGLIGENT INFLICTION OF EMOTIONAL DISTRESS

37. Plaintiff repeats, reiterates, and realleges each and every allegation contained in paragraphs "1" through "36" with the same force and effect as if fully set forth herein.

38. As a result of the aforesaid conduct by the defendants have caused plaintiff to suffer defamation of character, impairment of reputation, and community standing and has taunted the community to inflict emotional distress upon the plaintiff through defamation of character, impairment of reputation, community standing and future standing that the defendants has negligently forced plaintiff to suffer.

39. As a result of the aforesaid conduct by the defendants, plaintiff has suffered severe emotional distress, defamation of character, anxiety, impairment of reputation, community standing and future standing which has damaged the plaintiff's honesty, integrity, and virtue to the community.

## IX.   FOURTH CLAIM FOR RELIEF
## APPROPRIATION OF NAME AND LIKENESS TO VIOLATOR'S BENEFIT

40. Plaintiff repeats, reiterates, and realleges each and every allegation contained in paragraphs "1" through "39" with the same force and effect as if fully set forth herein.

41. Defendants produced and distributed a film with a main character and story that appropriated plaintiff's name and a likeness that is beneficial to that of Michael Patrick

1   Medved and his many conspirators against plaintiff through his illegal campaign against

2   plaintiff.

3   42. As a result of the aforesaid conduct by the defendants, plaintiff has suffered severe

4   emotional distress, defamation of character, anxiety, impairment of reputation,

5   community standing and future standing which has damaged the plaintiff's honesty,

6   integrity, and virtue to the community which has resulted in loss of opportunity and

7   substantial monetary losses in relation to such loss of opportunity through each defendant

8   entities relation to the community.

## X.   FIFTH CLAIM FOR RELIEF
## FRAUD

43. Plaintiff repeats, reiterates, and realleges each and every allegation contained in

paragraphs "1" through "42" with the same force and effect as if fully set forth herein.

44. As a result of the aforesaid conduct each defendant entity deliberately assisted the

fraudulent actions of Michael Patrick Medved, the Phoenix Police, and the many

violator's and conspirators in the illegal campaign of Michael Patrick Medved against

plaintiff for the purpose of catalyzing further deprivation to plaintiff.

45. As a result of the foregoing, the plaintiff has suffered extreme impairment of reputation,

community standing, and future standing, severe emotional distress, anxiety, humiliation,

defamation of character, substantial monetary losses, all because of which the plaintiff

has experienced a great loss of opportunity from the community and future loss which

has damaged plaintiff's honesty, integrity, and virtue to the community.

1.  By reason of the aforesaid conduct by the defendant, the plaintiff demands the

following relief:

A. Compensatory damages in the amount of no less than one billion dollars. ($1,000,000,000.00);

B. Punitive(or Exemplary) damages in the amount of no less than one billion dollars ($1,000,000,000.00);

C. Award of costs and disbursements to this action pursuant to 42 U.S.C § 1988;

D. Any other relief as the court may find just and proper.

Wherefore the plaintiff demands judgment in the sum of no less than one billion dollars.

($1,000,000,000.00) in compensatory damages, no less than one billion dollars.

($1,000,000,000.00) in punitive (or exemplary) damages, plus costs and disbursements of this

action be awarded to the plaintiff pursuant to 42 U.S.C § 1988 and any other relief as the Court

may find just an proper.

Dated: Phoenix, Arizona
October 22nd, 2014

Respectfully submitted,

By: _____

Justin S. Medved (Pro Se)
2012 W. Dunlap Ave.
Phoenix, Arizona 85021
Telephone: (602)944-7828 Ext. 171
Email: medvedjustin@yahoo.com